# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONEEL OMAR WATSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77635

**FILED**

JAN 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a "writ of certiorari or review" seeks an order requesting that the district court to take action based on petitioner's representation that two of the charges against him were dismissed. Without deciding upon the merits of any claims raised, we decline to exercise original jurisdiction in this matter. Petitioner is represented by counsel in the district court and should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Antoneel Omar Watson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk